UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REC'D MAY 30 2024

JESSE CALLOWAY IV Estate & Trust
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

TEMPLE University COLLEGE
TEMPLE UNIVERSITY POLICE
~~Richard~~ RICHARD M. ENGLERT
JENNIFER GRIFFIN
ENOCH McCOY
MONICA H. PADILLA
P.O. Garrett
P.O. Austin
_____

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            JESSE CALLOWAY IV
           Street Address   P.O. Box 18770
           County, City     PHILADELPHIA, Philadelphia
           State & Zip Code Pennsylvania [19132]
           Telephone Number 267-276-8428

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: TEMPLE University POLICE
Street Address: 1101 W. Montgomery Ave
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

Defendant No. 2
Name: TEMPLE University College
Street Address: 1330 Polett Walk
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

Defendant No. 3
Name: D. O. Garrett
Street Address: 1101 W. Montgomery Ave
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

Defendant No. 4
Name: Richard M. Englert
Street Address: 1101 W. Mon 1330 Polett walk
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
   ☒ Federal Questions            ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Our right to travel, our right to life, liberty, and the Pursuit of happiness. Our Fifth (5th) admin Article. As well as the treaty of Paris 1783, AMDT. 14 as well

Rev. 10/2009                                          -2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  United States of America

Defendant(s) state(s) of citizenship  Philadelphia Pennsylvania

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? On 11th Street between Berks St & Montgomery St

B. What date and approximate time did the events giving rise to your claim(s) occur? Approx. 10pm on 30 March 2024

C. Facts: A Temple University Police officer was driving down the street at 2MPH for no reason. We had to use the restroom really bad. We attempted to go around the officer, but he moved over to prevent us from going around. This is an ongoing issue with Temple Police since 2009. APRIL 2009 In 2009 we had a officer put a gun to our head over a lisense plate being in our back window. She was in her own personal vehicle with nothing indicating that she was an officer. We had just purchased that vehicle as a graduation gift for ourselves from the auction and was on our way to grab some screws (for the plate). In September 2019 Temple university Police pulled their guns on us again for no reason at all. In March or April 20, or Feb. 2020 Temple pulled our son mom over and took our car illegaly. In 2022 the officer who put the gun too our head threatened to "lock you up" because we choose not too speak too her. 72May 2023 harrassed by Temple Police - See Attached

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. recieving the spirit of bondage, violation of our consitutional & Biblical rights as granted by Yahuah our Elohim. Fear

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

We're demanding that the courts grant us five hundred Million dollars ($500,000,000.00) for not only recieving the spirit of fear, but for also violation of our fifth (5th) amendment rights, as well as our right to travel, for them taking our car/vehicle, for Temple Police constantly pulling us over since 2009. We go in to make a complaint with the city of Philadelphia and they told us that they have nothing to do with Temple Police. As they're regulated by the state. We're not Temple students nor residents of Temple university. So, unless there is a felony or violence happening we believe it's no reason to pull us over for anything. According to Blacks law dictionary Temple Police aren't even constables because they're employed by the Municipality of Philadelphia, but rather by a College

Rev. 10/2009                    -4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 30 day of May, 2024.

Signature of Plaintiff _____ JCJV Estate and trust
Mailing Address PO Box 18770
Philadelphia PA 19132
_____

Telephone Number 267 276 8428
Fax Number *(if you have one)* _____
E-mail Address Jblock1887@Gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____