UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jesse Calloway IV

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

PO Aken 2294
PO Garrett
Temple University College
Richard M. Englert
P.O. Austin
Jennifer Griffin
Enoch McCoy
Monica H. Padilla

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

24-2320

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Jesse Calloway IV
            Street Address    PO Box 18770
            County, City      Philadelphia, Philadelphia
            State & Zip Code  Pennsylvania 19132
            Telephone Number  267 276 8428

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: PO Garrett
Street Address: 1101 W. Montgomery Ave
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

Defendant No. 2
Name: Temple University College
Street Address: 1330 Polett Walk
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

Defendant No. 3
Name: Monica H. Padilla
Street Address: 1330 Polett Walk
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

Defendant No. 4
Name: P.O. Aken B.
Street Address: 1101 W. Montgomery Ave
County, City: Philadelphia, Philadelphia
State & Zip Code: Pennsylvania 19122

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions        ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Unlawful interference with our rights

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  Heaven

Defendant(s) state(s) of citizenship  Pennsylvania

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?  On 11th St Street

B. What date and approximate time did the events giving rise to your claim(s) occur?  Multiple times and incidents, but as recent as Approx. 10pm on 30th March 2024

C. Facts: [What happened to you?] A Temple University Police was driving below the speed limit on 11th street. We went around and he attempted to pull us over. Because of our history with Temple University Police we did not stop. That officer then sent a ticket to us in the mail. When we went to talk to his superior he refused [Who did what?] to give us the officer name or badge number. Then began to harrass us and threatened to 302 us. During this time our right to travel freely was interrupted and our right to know the information was taken away. On 19th [Was anyone else involved?] September 2023 while walking our son to school PO Aken began to harrass us and began to threaten us. On 21st May 2022 we were pulled over and harrassed by a Temple Police officer who refused to Identify himself and [Who else saw what happened?] was not wearing a body camera. On 22nd May 2023 officer Garrett in car 182 began to harrass us and follow us around. He Then refused to give us his name and badge number

Rev. 10/2009                          - 3 -

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emotional Damage, Mental distress Court fine cost

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

An order of travel rights as we do not operate in commerce. Fees for harrassment $25,000.00 per incident Compensatory damages for emotional distress harrassment, and unlawful detainment, restricting my freedom of travel

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of July, 20 24.

Signature of Plaintiff _____

Mailing Address  PO Box 18770
Philadelphia PA 19132

Telephone Number  267 276 8428

Fax Number *(if you have one)* _____

E-mail Address  Jblock1867@Gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

Schedule A

The Temple Police Department does have an agreement with the state of Pennsylvania. As a living man who is a citizen of heaven and resides inside of the pennsylvania territory of the republic. They do not have lawful jurisdiction over us

21st of May 2022 We were pulled over by a police officer who refused to give his name and badge number. Then he sent us a ticket in the mail. Temple Police then pulled up to 11th and Norris where the car we were driving was parked and they then blocked the car in refusing to let us leave at our own free will, because we refused to Identify ourselves during the traffic stop. Also, that officer was not wearing a body camera device during the incident. Happened outside of their jurisdiction and was restricting our right to travel while unlawfully detaining us. Captured on our phone video

3rd of Feb.2021 We were harassed by car 176 rides down the street and yell "fuck you mother fucker" to us for no reason. As recorded on video

4th of December 2022 Temple Police pulled up outside of our house at 20:53 and just sat there watching the house for a long period of time harassing us as captured on video.

22nd of May of 2023 Car 182 Officer Garrett began following us and harassing us. He refused to give his name or badge number.Then he pulled into the parking lot of our development to harass us some more by following us around Getting out of his car threatening us. This occurred at approximately 18:42 as recorded on video. We called 911 and had the Philadelphia Police file a complaint against Garrett.

30th of May 2023 we went to file a complaint against Officer Garrett

24th of Oct.2023 I went into Temple Police headquarters to file a complaint against Garrett for saying inappropriate things to me while walking my children to school in the morning. During that conversation the Sgt. became aggressive

30th of March 2024 We were driving down the street and a Temple Police officer was driving slow around 10 MPH. We attempted to go around him as we had to use the restroom. We beeped our horn at him and he attempted to pull us over. We refused to stop and he sent a ticket in the mail to the owner of the car. We went down the street to make a complaint and was threatened by the Sgt. to be placed in a mental hospital as a 302. The officer was restricting our travel unlawfully,and began to harass us for exercising our free right to travel. Then, he attempted to unlawfully detain us .

On May 30th 2024 We stopped by Temple university Police offices to speak to someone in regards to the officers names, badge numbers, and bond numbers as there had been a series of incidents that had occurred. During the encounter the detective became aggressive and refused

to give us the information that we requested. The detective then refused to identify himself and we do have a video recording of that as well

On 29th of February 2020 our vehicle was pulled over by Temple police officer #2350. When we showed up to the scene Officer 2350 refused to give his name or any other Identifying markers. Temple car was black with dark tints and an unmarked Officer 2350 began to threaten us with physical harm and challenged us to a fist fight. At this time we were a corrections officer for the state of Pennsylvania and in uniform. This happened at the 2200 block of N 11th St. During this incident the officer had our car impounded. When we went to court the ticket was thrown out as Temple didn't have the authorization to pull our vehicle over and was outside of their jurisdiction. We requested a supervisor and they refused to call the supervisor. There was a female officer who also refused to identify herself. They then harassed us and unlawfully took our car.

On May, 30th, 2011 We were pulled over by officer #2246, now while the courts stance on this is that its past the time to ask for civil judgment. We would like the courts to factor in that because of the incident that happened on May 30th 2011. While we were driving down the street when officer #2246 a Lt. for Temple University Police pulled us over in the parking lot of AutoZone at Broad and York for my plate not being "properly displayed". During that time the officer held a gun to my head and threatened to blow my head off (which is a trauma that we still carry with me today). It should also be understood to the courts that the officer listed above was in her personal vehicle and not a marked police car during this traffic stop. In fact it was a cream colored Lincoln with the extra tire in the trunk (also known as a bubble) After that in Sept. of 2022 that same officer threatened to arrest us while we were at work as a Paramedic dropping a patient on a ventilator off at Temple University Hospital, because we didn't want to speak to her.

We do have several videos to back my claim and support

Claims: Harassment, restricting my freedom of travel, emotional distress, (We can't even walk my children to school without being harassed), feeling unsafe, mental health damages, unlawful detainment, we were was forced to quit our job at SCI PHX because we needed a car or motor vehicle to access the ground of the prison for work, we quit working as a Paramedic as we're tired of being harassed by these police officers and we haven't done anything incorrect.

Assessment of fees:

Harassment from Temple University Police $20,000.00 twenty thousand dollars x 11 (each offense)
Emotional distress: $75,000.00 seventy five thousand dollars x5 (each offense)
Unlawful detainment: $15,000.00 fifteen thousand dollars x 2 (each offense)
Restricting my right to travel: $25,000.00 x 6 twenty five thousand dollars (each offense)
Accessing my security via drivers license: $100,000.00 one hundred thousand dollars x2 (each offense)
Refusal to identify: $20,000.00 x4 twenty thousand dollars (each offense)

Legal fees: $250/hr x 8

Relief: We're requiring the courts to provide me with $907,000.00 nine hundred and seven thousand dollars and zero cents. Also an order refraining any police department or agency from restricting our right to travel. If there is any question as to who "we" or "our" is. Please refer to Romans 8:15-17

                                                  Autographed by:
                                      Calloway IV, Jesse agent
                                                        For
                                      Jesse Calloway IV Principal

By /s/ *Calloway IV, Jesse agent*

# Durable Power of Attorney

## NOTICE

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENT'S AUTHORITY.

YOUR AGENT MUST ACT IN ACCORDANCE WITH YOUR REASONABLE EXPECTATIONS TO THE EXTENT ACTUALLY KNOWN BY YOUR AGENT AND, OTHERWISE, IN YOUR BEST INTEREST, ACT IN GOOD FAITH AND ACT ONLY WITHIN THE SCOPE OF AUTHORITY GRANTED BY YOU IN THE POWER OF ATTORNEY.

THE LAW PERMITS YOU, IF YOU CHOOSE, TO GRANT BROAD AUTHORITY TO AN AGENT UNDER POWER OF ATTORNEY, INCLUDING THE ABILITY TO GIVE AWAY ALL OF YOUR PROPERTY WHILE YOU ARE ALIVE OR TO SUBSTANTIALLY CHANGE HOW YOUR PROPERTY IS DISTRIBUTED AT YOUR DEATH. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD SEEK THE ADVICE OF AN ATTORNEY AT LAW TO MAKE SURE YOU UNDERSTAND IT.

A COURT CAN TAKE AWAY THE POWERS OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

THE POWERS AND DUTIES OF AN AGENT UNDER A POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 PA.C.S. CH. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

_Jesse Calloway IV_        7/5/2024
JESSE CALLOWAY IV        Date

I, JESSE CALLOWAY IV, residing at PO Box 18770, Philadelphia, Pennsylvania 19132, hereby appoint Calloway IV, Jesse of 2857 N Marston St, Philadelphia, Pennsylvania 19132, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

This Power of Attorney shall not be affected by my subsequent incapacity.

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me.

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.

    a. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

    b. Add, delete or change beneficiaries to any financial accounts I own including insurance policies, annuities, retirement accounts, payable on death savings or checking accounts or other investments.

    c. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities.

    d. Have access to any safe deposit box that I might own, including its contents.

2. Provide for the support and protection of myself, my spouse, or of any minor child I have a duty to support or have established a pattern of prior support, including, without limitation,

provision for food, lodging, housing, medical services, recreation and travel.

3. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

4. Purchase and/or maintain insurance and annuity contracts, including life insurance upon my life or the life of any other appropriate person.

5. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

6. Enter into binding contracts on my behalf.

7. Engage in stock, bond and other securities transactions.

8. Maintain and/or operate any business that I may own.

9. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

10. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

11. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

    a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

    b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

    c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

12. Make gifts from my assets to members of my family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is

appropriate to make such gifts for estate planning and/or tax purposes), to file state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of my assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, *excluding* those whom I am legally obligated to support.

13. To transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

14. To utilize my assets to fund a trust not created by me, but to which I have either established a pattern of funding, or to fund a trust created by my Agent for my benefit or the benefit of my dependents, heirs or devisees upon the advice of a financial adviser.

15. To create, sign, modify or revoke any trust agreements or other trust documents in an attempt to manage or create a trust that was created for my benefit or the benefit of my dependents, heirs or devisees. This shall include the creation, modification or revocation of any inter vivos, family living, irrevocable or revocable trusts.

16. Subject to other provisions of this document, my Agent may disclaim any interest, which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Agent may not disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my Agent or my Agent's estate. Provided that they are not the same person, my Agent may disclaim assets which pass to my Gift Agent, and my Gift Agent may disclaim assets which pass to my Agent.

17. Have access to my healthcare and medical records and statements regarding billing, insurance and payments.

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good

faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until my death. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

**[SIGNATURE PAGE FOLLOWS]**