Jesse Calloway IV

vs.

Temple University et al

24-2320

Please accept this email into evidence as well for the above mentioned case. Yahuah will see to it that we will ~~receive~~ receive justice. This email shall prove that I've reached out to multiple sources prior to this law suit occurring. This lawsuit was forced because of the lack of a response from anyone or the ~~performa~~ lack of performance by all parties. The city of Philadelphia has always maintained the ~~state~~ stance that Temple University Police is not under their jurisdiction.

Autographed by
By /s/ Calloway IV, Jesse agent



Jesse Google Calloway <jesse19852002@gmail.com>

## Harassment
4 messages

---

**Jesse Calloway** <jesse19852002@gmail.com>  Mon, May 23, 2022 at 12:52
To: <info@philadelphiacontroller.org>, <lisa.deeley@phila.gov>, <al.schmidt@phila.gov>, <david.oh@phila.gov>, <james.kenney@phila.gov>, <police@temple.edu>

Hello, my name is Jesse Calloway. I am writing in concern to the Temple University Police Department. Please, let it be noted that I have talked to Temple Police about these incidents directly, but nothing is ever done about it. First, Temple Police has a Lt. who likes to go around and point her weapon at people's heads. I purchased a vehicle from the auction and had to wait 4 weeks or so for the title of the car to come in. When it did come I went to the Auto tags place on Broad and Parrish to obtain a licence plate and finish registering my vehicle. At that time the lady at the window handed me my license plate and apologized for not having the screws. She informed me that I could go to pep boys or autozone for the screws. I walked to pep boys and they were also out of screws at that time. So, I had to drive up to Autozone on Broad and Cumberland to obtain some screws. Before I left the auto tag place the agent told me to put the license plate in my back window until I could make it to Autozone for the screws. I put the plate in my window and proceeded to head towards Autozone. I took 11th St towards the store. When I get to 11th and Berks, I am met by a woman in a regular car. She stated to me that she could not see my license plate. I knew that was false because there was a Philadelphia Police Officer following me for several blocks before turning off on Cecil B. Moore ave towards Broad St. I asked her who she was because she was in a regular unmarked personal car. She then stated that she was the Lt. for the area and never ever stated anything after that. She did not have any identifying agencies on her shirt. So, in my mind she may work for Allied Barton or Securitas. I said whatever and pulled off. This lady then attempted to pull me over in her REGULAR car. She pulled behind me and was beeping her REGULAR horn at me. I kept going and thinking that this lady must have lost her mind. I pulled into the Autozone and parked to go inside to grab the screws for my plate. At that time she jumps out of her REGULAR car and points a gun at my head. She told me "Don't move or I'll blow your f**kin head off. It wasn't until cop cars started pulling up with their lights and sirens that I realized she was a Temple University Police Lt. I was dragged out of my car and searched like a criminal. After Temple police didn't find anything in my illegally searched car. I was issued a citation for the license plate. That ticket was thrown out. After that incident I had several incidents and run-ins with Temple University Police.

The Temple K-9 unit came out to my house for a call and was super aggressive. Even the PHA police stated that Temple K-9 was way too aggressive. It was a bunch of caucasian men who had their weapons drawn or hands on their weapons ready to draw and fire. I was unarmed and my fiance that called 911 was 9 blocks away. They stayed outside and waited for her to get to our house. The only people that had their weapons drawn were the caucasian police officers that worked for Temple. The only two Black police officers who were out there never pulled their weapons and the PHA police never pulled their weapons AT ALL!!!!!. The K-9 then called up to my job at Graterford Prison so I would get into trouble. Even though I had done nothing wrong and it was all Temple K-9 units.

About a month after that my Fiance had my car going somewhere. Apparently Temple University Police ran my car "tags" and my insurance came back suspended. When that officer walked up to the car my fiance stated that she felt scared and the officer asked for me by name. This was at Nevada and 11th st (Which is outside of Temple jurisdiction). I showed them my cell phone app insurance card for the car via pictures to my fiance and let him know that I sent a copy to the state already. He stated that it could just be an old card. I walked down the street to 11th and Nevada St and met them on scene. I showed my phone personally so they could see the card. That officer told me that I could have gotten the insurance on Monday and cancelled it on Tuesday (If you see my bank statements you'll see that's false). The officer then stated that they were looking for me. I asked why, I'm not wanted nor have I committed any crimes. I reminded the officers that they were outside of their jurisdiction with this stop. I requested that a supervisor be called to the scene (but as always with Temple Police) there was no supervisor "available" they then called the City Of Philadelphia tow truck and the City of Philadelphia took their place in my now illegally towed car. I had to quit my job because of that incident. I went to court and all of the tickets were thrown out. Here is the kicker, I was sent a ticket later in the mail. I took it to court and the prosecutor dropped this ticket because Temple is a Private police agency and because of their private status they don't have access to see if my insurance was suspended. The prosecutor also stated that the City tow truck should have never taken my car without a City Police officer there unless I was arrested (which I was clearly not).

This agency is nothing but a bunch of thugs with guns. There are so many incidents that I have had with Temple police. Including on 5/21/22. I want to know who I can write to or complain to about these PRIVATE POLICE and what they're doing to continue to harass me and my family. At this point I am ready to reach out to the senate. congress, and the United Nations in regards to my car being stolen by the police and me constantly being threatened with my safety and livelihood. I sent this letter via email to start off a legal document of just a few of the incidents that have occurred to me with Temple Police.

Please don't tell me to reach out to Internal Affairs because I have and nothing is ever done. Of course I have videos to back all of my claims.

I would like Temple to replace my 2016 Chevy Impala and for them to leave me alone. I would have gotten the car back but I was 2 months behind in payments at the time. I was going to make the $700 payment but when Temple illegally took my car I needed over $2500 to get the car back and I didn't have that much money. They charged me the tow fees, recovery fees, and whatever fees they paid to the City of Philadelphia. I understand the Laws and I do know that as long as I am not commiting a felony then a PRIVATE POLICE agency can not do or say these things to you. At this point I HATE the Temple Police and everything that they stand for. I've lived all over this city and I've been in the Temple area for 3 years now. I must say that in these 37 years I've only experienced something like this once from the City Police agency, I've had a few run-ins but most of the time the city runs my name and we go from there.

If a Temple Cop even looks at me wrong I'm grabbing a lawyer and suing them. I will also be suing the City as they work in the city with the City permission. Someone has to stop these thugs with badges and guns.

If I am ever shot and killed by a Cop I'm willing to bet my last dollar that I'll ever make, that it will be a Temple Cop who shoots and kills me. There has to be something done about this. I don't feel safe and whenever we're on an accident scene or something I request the City and ask Temple Police to leave the scene as this is a Public matter and y'all are supposed to be dealing with Private matters that concern Temple Police.

Thank you for your time and attention. Just a FYI I am a huge Larry and James fan. I want Kenny to run for governor of this state and let Kransner take the Mayor spot. I am huge fans of both of y'all. I voted for almost everyone I included in this email. I hope my vote really counts towards helping me as well

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  
To: <jesse19852002@gmail.com>

Tue, May 24, 2022 at 13:07



### Delivery incomplete

There was a temporary problem delivering your message to **info@philadelphiacontroller.org**. Gmail will retry for 47 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720 [philadelphiacontroller.org
2606:4700:3035::6815:1455: timed out] [philadelphiacontroller.org
2606:4700:3037::ac43:c002: timed out] [philadelphiacontroller.org 172.67.192.2: timed
out] [philadelphiacontroller.org 104.21.20.85: timed out]
```

---------- Forwarded message ----------  
From: Jesse Calloway <jesse19852002@gmail.com>

To: info@philadelphiacontroller.org, lauren.cristella@seventy.org, david.oh@phila.gov, james.kenney@phila.gov, police@temple.edu
Cc:
Bcc:
Date: Mon, 23 May 2022 12:52:16 -0400
Subject: Harassment
----- Message truncated -----

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  Wed, May 25, 2022 at 13:29
To: <jesse19852002@gmail.com>




## Delivery incomplete

There was a temporary problem delivering your message to **info@philadelphiacontroller.org**. Gmail will retry for 23 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720 [philadelphiacontroller.org
2606:4700:3035::6815:1455: timed out] [philadelphiacontroller.org
2606:4700:3037::ac43:c002: timed out] [philadelphiacontroller.org 104.21.20.85: timed
out] [philadelphiacontroller.org 172.67.192.2: timed out]
```

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  Thu, May 26, 2022 at 17:06
To: <jesse19852002@gmail.com>



## Message not delivered

There was a problem delivering your message to **info@philadelphiacontroller.org**. See the technical details below.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720 [philadelphiacontroller.org
2606:4700:3037::ac43:c002: timed out] [philadelphiacontroller.org
2606:4700:3035::6815:1455: timed out] [philadelphiacontroller.org 172.67.192.2: timed
out] [philadelphiacontroller.org 104.21.20.85: timed out]

[Quoted text hidden]