**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JESSE CALLOWAY, IV,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 24-CV-2320** |
| | : | |
| **TEMPLE UNIVERSITY** | : | |
| **COLLEGE, et al.,** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 5th day of August, 2024, upon consideration of Plaintiff Jesse Calloway,

IV,'s *pro se* Second Amended Complaint (ECF No. 9) it is hereby **ORDERED** that:

1.   For the reasons set forth in the accompanying Memorandum, the Second Amended

Complaint is **DISMISSED,n with prejudice**.

2.   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*